```
JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
   38 CORPORATE PARK, SUITE B
   IRVINE, CA  92714
   714-474-2055
Attorneys for the Plaintiff
```



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>JERVENUS FITZGERALD<br>A/K/A JERVENUS A. WHEATLEY<br><br>　　　　Defendant(s).<br>_____/ | COURT NO: 92A20600<br><br>DEFAULT JUDGMENT<br> |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from JERVENUS FITZGERALD the sum of $2,758.40 as principal, $2,044.81 as accrued prejudgment interest, $227.00 administrative charges, and $58.50 costs, plus $476.00 attorney fees for a total amount of $5,564.71, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JUL 1 5 1992

　　　　　　　　　　　　　　　LEONARD A. BROSNAN, CLERK
　　　　　　　　　　　　　　　U.S. District Court
　　　　　　　　　　　　　　　Central District of California



　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Deputy Clerk